PROB 12C
(6/16)

Report Date: May 25, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN - 5 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daryl McCann                    Case Number: 0980 2:05CR00168-LRS-3

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 13, 2006          Date Revocation Sentence: November 24, 2014

Original Offense:        Conspiracy to Possess with Intent to Distribute 50 Grams or More of Actual
                         Methamphetamine, 21 U.S.C. § 846, 841(a) and (b)(1)(A)

Original Sentence:       Prison - 120 months             Type of Supervision: Supervised Release
                         TSR - 120 months

Revocation Sentence:     Prison - 9 months
                         TSR - 60 months

Asst. U.S. Attorney:     Stephanie Joyce Lister         Date Supervision Commenced: July 2, 2015

Defense Attorney:        Federal Defender's Office      Date Supervision Expires: July 1, 2020

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On July 6, 2015, Mr. McCann was given a copy of his judgement and his conditions of supervision were explained to him. He reported he understood his conditions and that he needed to comply with them.

Mr. McCann was directed to submit to random urinalysis tests due to his continued drug use while on supervised release. Mr. McCann was given the color of "Brown 2" and was directed to call Alcohol Drug Education Prevention and Treatment (ADEPT) each day to see if his color was called.

Prob12C
**Re: McCann, Daryl**
**May 25, 2017**
**Page 2**

On May 12, 2017, the color "Brown 2" was called and Mr. McCann failed to report for a urinalysis at ADEPT. Mr. McCann was directed to report to the U.S. Probation Office on May 15, 2017, to submit a urine sample. He reported as directed, but was unable to provide a urine sample. Mr. McCann was directed to report to the U.S. Probation Office, once again, the morning of May 16, 2017, to submit to a urinalysis.

On May 16, 2017, Mr. McCann reported as directed and supplied a urine sample that tested presumptive positive for methamphetamine. Mr. McCann self disclosed he had relapsed and used methamphetamine on May 13, 2017. He signed a drug use admission form disclosing his use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/25/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/5/17
Date