PROB 12C
(6/16)

Report Date: June 9, 2017

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 14 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daryl McCann | Case Number: 0980 2:05CR00168-LRS-3 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: June 13, 2006 | Date Revocation Sentence: November 24, 2014 |

Original Offense:     Conspiracy to Possess with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. §§ 846, 841(a) and (b)(1)(A)

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 9 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Stephanie Joyce Lister | Date Supervision Commenced: July 2, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 1, 2020 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/25/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On July 6, 2015, Mr. McCann was given a copy of his judgement and his conditions of supervision were explained to him. He reported he understood his conditions and that he needed to comply with them.<br><br>Mr. McCann was directed to submit to random urinalysis testing due to his continued drug use while on supervised release. Mr. McCann was given the color of "Brown 2" and was directed to call Alcohol Drug Education Prevention and Treatment (ADEPT) each day to see if his color was called. |

Prob12C
**Re: McCann, Daryl**
**June 9, 2017**
**Page 2**

On June 1, 2017, the color "Brown 2" was called and Mr. McCann failed to report to ADEPT. Mr. McCann was directed to report to the U.S. Probation Office on June 5, 2017, to submit a urine sample. He reported as directed and provided a sample that was presumptive positive for methamphetamine and cocaine. The results have been sent to Alere Laboratory for further testing. Mr. McCann self-disclosed he used methamphetamine on June 2, 2017. He signed a drug use admission form to verify this. He denied any cocaine use.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/09/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/14/17
Date