PROB 12C
(6/16)

Report Date: July 14, 2017

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 4 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daryl McCann             Case Number: 0980 2:05CR00168-LRS-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 13, 2006            Date Revocation Sentence: November 24, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. §§ 846, 841(a) and (b)(1)(A) | |
| Original Sentence: | Prison - 120 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>November 26, 2014 | Prison - 9 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Stephanie Joyce Lister | Date Supervision Commenced: July 2, 2015 |
| Defense Attorney: | Jill Gannon-Nagle | Date Supervision Expires: July 1, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on 5/25/2017 and 6/9/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On July 6, 2015, Mr. McCann was given a copy of his judgment and his conditions of supervision were explained to him. He reported he understood his conditions and that he needed to comply with them. |
| | The undersigned officer called Mr. McCann on July 5, 2017, and directed him to report to the United States Probation Office on July 10, 2017. |
| | On July 10, 2017, Mr. McCann reported to the United States Probation Office as directed. The undersigned officer informed him that he would need to supply a urine sample at that meeting. Mr. McCann failed to supply the urine sample as directed. Mr. McCann was |

Prob12C
**Re: McCann, Daryl**
**July 14, 2017**
**Page 2**

directly asked if he used methamphetamine. He denied any methamphetamine use since getting out of inpatient treatment. He was then instructed to report on July 11, 2017, to the United States Probation Office to supply a urine sample.

4          <u>Special Condition # 17</u>: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

<u>Supporting Evidence</u>: On July 6, 2015, Mr. McCann was given a copy of his judgment and his conditions of supervision were explained to him. He reported he understood his conditions and that he needed to comply with them.

Due to Mr. McCann's failure to supply a urine sample as referenced in violation 3, he was directed to report to the United States Probation Office on July 11, 2017. Mr. McCann reported as directed. He supplied a urine sample that tested presumptive positive for methamphetamine. Mr. McCann initially denied any methamphetamine use, but later confirmed he did use methamphetamine on July 7, 2017.

Mr. McCann signed a drug use admission form reflecting he used methamphetamine on July 7, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 14, 2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C
**Re: McCann, Daryl**
**July 14, 2017**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the
     case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

7/24/17
_____
Date