PROB 12C
(6/16)

Report Date: July 28, 2017

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 31 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daryl McCann | Case Number: 0980 2:05CR00168-LRS-3 |
| Address of Offender: ███████████ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: June 13, 2006 | Date Revocation Sentence: November 24, 2014 |
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. §§ 846, 841(a) and (b)(1)(A) |
| Original Sentence: | Prison -120 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 9 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Stephanie J. Lister | Date Supervision Commenced: July 2, 2015 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 1, 2020 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/25/2017, 06/09/2017, and 7/14/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 23**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On July 6, 2015, Mr. McCann was given a copy of his judgment and his conditions of supervision were explained to him. He reported he understood his conditions and that he needed to comply with them. |
| | Mr. McCann reported to the U.S. Probation Office on July 25, 2017, for his initial appearance before United States Magistrate Judge John T. Rodgers. |
| | Before the hearing, the undersigned officer asked Mr. McCann if he had been using any illegal drugs. He reported he had not. The undersigned officer directed Mr. McCann to supply a urine sample before he left the courthouse. |

Prob12C
Re: McCann, Daryl
July 28, 2017
Page 2

After the hearing, Mr. McCann signed a drug use admission form stating he used methamphetamine on July 20, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/28/2017

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

## THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [x]  Defendant to appear before the Judge assigned to the case.
- [ ]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

Signature of Judicial Officer

7/31/17
Date